IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

ALAN MUSCH,

        Plaintiff,                                 ORDER
                                                        07-cv-524-jcs

    v.

DOMTAR INDUSTRIES, INC.,

        Defendant.

_____

    The Court having received plaintiff's motion and incorporated memorandum of law seeking an order on conditional class certification and judicial notice now applies the standard briefing schedule set forth in the Preliminary Pre-trial Conference Order dated November 16, 2007.

    SO ORDERED this 13th day of December, 2007.

                                     BY THE COURT:

                                     /s/

                                     _____
                                     JOHN C. SHABAZ
                                     District Judge