IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALAN MUSCH, on behalf of himself
and all others similarly situated,

                                                   ORDER

                Plaintiff,,

                                          3:07-cv-00524-bbc

    v.

DOMTAR INDUSTRIES, INC.,

        Defendant..

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On February 6, 2008, the parties submitted their agreed upon Notice of Lawsuit and Election Form, which are to be sent to class members in the current action. The parties agreed that sending the class members one combined notice would be less confusing than sending two separate notices. After reviewing the parties' proposed Notice of Lawsuit and Election Form, I agree that the one combined notice will be less confusing than sending two separate notices. Therefore, in accordance with the Fair Labor Standards Act and Federal Rule of Civil Procedure 23(c)(2)(B), I find the parties' proposed Notice of Lawsuit and Election Form satisfactory and I authorize mailing the Notice of Lawsuit and Election Form to each class member, with plaintiff bearing the cost.

1

ORDER

IT IS ORDERED that

1. The parties' Notice of Lawsuit and Election Form be mailed to each class member who can be identified through reasonable effort.

Entered this 12th day of February, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge