IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALAN MUSCH, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

DOMTAR INDUSTRIES, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-524-bbc

    This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Domtar Industries, Inc. against named plaintiff Alan Musch and other plaintiffs who opted into Musch's FLSA claims and, with respect to Musch's Wisconsin state labor law claims and in accordance with Fed. R. Civ. P. 23(c)(3)(B), against the following Fed. R. Civ. P. 23(b)(3) certified class:

> All current and former Domtar hourly paid "maintenance" employees who worked in Domtar's Nekoosa and/or Port Edwards, Wisconsin mills since September 19, 2005, and were not paid for time spent shaving as required by Domtar, for time spent donning their work clothes, safety shoes, and safety

glasses before the start of work each day, and for time spent doffing their work clothes, safety shoes, and safety glasses and showering at the end of each work day.

Approved as to form this 27th day of October, 2008.

*Barbara B. Crabb*
BARBARA B. CRABB,
District Judge

_____          10-28-2008
Joel Turner, Acting Clerk of Court              Date